UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Angel Timoteo Osuna<br><br>Defendant(s) | CRIMINAL NO. _O8CR258-WQH_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. _0694 0298_ |

On order of the United States District/Magistrate Judge,    **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Jose Hernandez-Martinez

DATED: 1-31-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
                    **Deputy Clerk**