AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

**FILED**

JAN 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ANGEL TIMOTEO OSUNA ( ) | CASE NUMBER: 08CR258-WQH |

I, ANGEL TIMOTEO OSUNA , the above named defendant, who is accused of

committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___1-31-08___ prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER