1  ALEX LANDON
   California Bar No. 050957
2  2442 Fourth Avenue
   San Diego, CA 92101
3  Telephone (619) 232-6022

4  Attorney for Defendant
   ANGEL TIMOTEO OSUNA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William Q. Hayes)

| UNITED STATES OF AMERICA, | ) | Case No.: 08CR0258-WQH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **REQUEST FOR WITHDRAWAL OF DOCUMENT No. 29 - SENTENCING SUMMARY CHART** |
| ANGEL TIMOTEO OSUNA, | ) | |
| Defendant. | ) | DATE: March 10, 2008<br>TIME: 9:00 a.m. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY, AND U.S. PROBATION OFFICER JORGE HERNANDEZ-BRAVO:

ANGEL TIMOTEO OSUNA, by and through his attorney Alex Landon, hereby requests the withdrawal of Document No. 29, which is defendant's Sentencing Summary Chart, due to not filing the Cover for the Chart. An amended Sentencing Summary Cover and Chart was electronically filed (see Document No. 30), after this error was discovered.

DATED: March 5, 2008                    Respectfully submitted,


                                        /s/ Alex Landon
                                        ALEX LANDON
                                        Attorney for Defendant
                                        ANGEL TIMOTEO OSUNA