# PROOF OF SERVICE

Case Name:   **United States of America v. Angel Timoteo Osuna**
Case No.:    **08cr0258-WQH**
Attorney:    **Alex Landon**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2442 Fourth Avenue, San Diego, CA 92101.

On March 5, 2008, I served the within document(s) described as:

**REQUEST FOR WITHDRAWAL OF DOCUMENT NO. 29 - SENTENCING SUMMARY CHART**

on the interested parties in this action as stated below:.

(BY ELECTRONIC CASE FILING) to:

Karen P. Hewitt, United States Attorney
Caroline Han, Assistant United States Attorney

A confirmed copy with these documents will be hand delivered to the Clerk's Office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 5, 2008, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.

___**MAUREEN DEVANEY**___                    _(Signature)_
(Type or print name)